1020

Thos. W. DELZELL and R. L. Clark, Independent Trustees of Portland Electric Power Company, a Corporation, Appellants, v. CENTRAL PUBLIC UTILITY CORPORATION, a Corporation.

No. 8567.

Circuit Court of Appeals, Third Circuit.

Argued June 19, 1944.

Decided June 27, 1944.

E. F. Bernard, of Portland, Or. (Charles F. Richards, of Wilmington, Del., and Ralph H. King, of Portland, Or., on the brief), for appellants.

James R. Morford, of Wilmington, Del. (David B. Landis, of New York City, Marvel & Morford, of Wilmington, Del., and Duke & Landis, of New York City, on the brief), for appellee.

Before BRATTON, JONES, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 56 F.Supp. 25, is affirmed on the basis of the substantially supported findings contained in the opinion of the learned trial judge and the conclusion of law appropriately applied thereto.

Norman G. BAKER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2957.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1944.

A. G. Bush, of Davenport, Iowa, and H. L. Fisher, of Eureka Springs, Ark., for appellant.

George H. West, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for defendant.

Before PHILLIPS and MURRAH, Circuit Judges, and RICE, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee.

Ray COLLINS, Appellant, v. UNITED STATES of America, Appellee.

No. 10595.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1944.

A. L. Wirin, of Los Angeles, Cal., and Theodore Tamba and W. M. Collins, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this Court issue forthwith.

CONTRACTORS, PACIFIC NAVAL AIR BASES, et al., Appellants, v. OLIVER J. OLSON & CO., Appellee.

No. 10842.

Circuit Court of Appeals, Ninth Circuit.

Aug. 2, 1944.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellants.

Herman Phleger and J. S. Moore, Jr., both of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, without costs, that a decree be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.